AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. TIERNEY, #A0201434 | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 11-00082 HG-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA, | February 7, 2011 |
| Defendant(s). | At 3o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. §§ 1915A(B) & 1915(e)(2), as frivolous, pursuant to the "Order Dismissing Action" filed on February 7, 2011.

| | |
|---|---|
| February 7, 2011 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |